# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SELECT RETRIEVAL, LLC,

    Plaintiff,

v.                                    CASE NO. 6:11-CV-1348-Orl-36GJK

LOWES HOME CENTERS, INC., AQUA
SUPERCENTER and HOME DEPOT U.S.A., INC.,

    Defendants.
_____/

## **ORDER**

      This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on November 16, 2012 (Doc. 237). In the Report and Recommendation, the Magistrate Judge recommends that the claims against Defendant Lowes Home Centers, Inc. ("Defendant Lowes") and Defendant Home Depot U.S.A., Inc. ("Defendant Home Depot") be severed and pursued in separate actions, with Defendant Aqua Supercenter ("Defendant Aqua") remaining in the above styled case.[1] *Id*. at pp. 2-3. None of the parties have objected to the Report and Recommendation and the time to do so has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court agrees with the Magistrate Judge that joinder of these Defendants in this

---

[1] On January 10, 2012, the Clerk entered a default against Defendant Aqua Supercenter (Doc. 137).

case is inappropriate. However, a unified approach to claim construction and validity of the patent-at-issue is appropriate. *Id*. at 2 (citing *Brandywine Comm. Technologies, LLC v. Verizon Comm., Inc., et al.*, Case No. 6:11-CV-1344-Orl-36DAB, Doc. 51, p. 6 (M.D. Fla. 2012)).

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 237) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The claims against Defendant Lowes Home Centers, Inc. and Defendant Home Depot U.S.A., Inc. shall be severed and pursued in separate actions, with Defendant Aqua Supercenter remaining in the above styled case.

    A. By December 26, 2012, Plaintiff shall file new complaints, civil cover sheets and pay new filing fees.

    B. Once filed, the Clerk is directed to assign these separate actions to United States District Judge Charlene Edwards Honeywell and United States Magistrate Judge Gregory J. Kelly.

    C. Since Defendant Lowes and Defendant Home Depot have already been served in this action, they may be served by delivery of new process to their counsel. Defendants shall respond to the complaints within twenty-one (21) days.

    D. The cases shall be coordinated with respect to issues of claim construction and validity of the patent-at-issue.

     E. The parties may conduct a joint case management conference for the purposes of case management and scheduling.

3. This action shall remain pending as to defaulted Defendant Aqua Supercenter.

**DONE AND ORDERED** at Orlando, Florida on December 12, 2012.

         *Charlene Edwards Honeywell*
         Charlene Edwards Honeywell
         United States District Judge

**COPIES TO**:
COUNSEL OF RECORD